

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | BRACHAH GOYKADOSH<br>*Senior Counsel*<br>bgoykado@law.nyc.gov<br>Phone: (212) 356-3523<br>Fax: (212) 356-1148 |
|---|---|---|

February 11, 2020

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 2/12/2020
>
> The final pretrial conference is hereby adjourned to February 19, 2020 at 4:00 p.m.

   Re:   *Tiffany Guerrero v. Detective David Revans*, 14 Civ. 8035 (VSB)

Your Honor:

   I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense in the above-referenced matter. I write to respectfully request that the Court adjourn the final pre-trial conference currently scheduled for February 21, 2020 at 2:30 p.m.

   As the Court is aware, trial is scheduled to commence in this matter on February 24, 2020. ECF No. 73. There is a final pre-trial conference scheduled for Friday, February 21, 2020 at 2:30 p.m. ECF No. 82. Defendants now seek an adjournment of that conference. The reason for this request is that the undersigned is a Sabbath observer and must travel home to observe the Sabbath well before sundown on Friday afternoons. A conference scheduled for 2:30 p.m. on a Friday may pose a conflict with this observance. Defendants have conferred with plaintiff, who consents to this adjournment request. This request is the first of its kind and will not affect any other dates or deadlines. The parties would be available for a final pre-trial conference any time during the afternoon on February 19, 2020 or any time on February 20, 2020.

   Therefore, defendants respectfully request that the Court adjourn the final pre-trial conference currently scheduled for Friday, February 21, 2020 at 2:30 p.m. to any of the above-mentioned times or any other time convenient for the Court.

   Thank you for your consideration herein.

                                  Respectfully submitted,

                                  /s/ Brachah Goykadosh

                                  Brachah Goykadosh
                                  *Senior Counsel*
                                  Special Federal Litigation Division