UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIFFANY GUERRERO,

                Plaintiff,                        14 CIVIL 8035 (VSB)

          -against-                                **JUDGMENT**

DAVID RAVENS,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vernon S. Broderick, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
             March 31, 2020

                                                    **RUBY J. KRAJICK**

So Ordered:                                        **Clerk of Court**

                                           BY:

**U.S.D.J.**                                         **Deputy Clerk**